## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LG. PHILIPS LCD, CO., LTD.,** | |
| **Plaintiff,** | D.C. No.: 1:06-mc-319 |
| **v.** | |
| **TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., and VIEW SONIC CORP.,** | Case No. 05-292 (JJF) (D. Del.) |
| **Defendants.** | |

## NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER

PLEASE TAKE NOTICE THAT Nonparty John Zele hereby withdraws his Notice of

Motion and Motion to Quash Subpoena or for Protective Order, based on instructions from the

Honorable Joseph Farnan, United States District Judge for the District of Delaware, during the

final pretrial conference held on July 7, 2006, that Defendant Chunghwa Picture Tubes, Ltd., not

proceed with the deposition of Mr. Zele in the Delaware litigation. Under the circumstances,

therefore, Mr. Zele's motion has been mooted.

Respectfully submitted,

David M. Morris
D.C. Bar No. 432593
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC. 20004
202.739.3000
202.739.2001 (fax)

Counsel for Nonparty
John Zele

RECEIVED

JUL 1 2 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1-WA/2596139.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been personally served on the individuals listed below via facsimile and/or electronically and by U.S. Mail on this 12th day of July, 2006:

> Salmaan Quader, Esq.
> Howrey LLP
> 321 N. Clark St., Suite 3400
> Chicago, IL  60610
> Facsimile 312.595.2250
> quaders@howrey.com
>
> Gaspare J. Bono, Esq.
> Cass Christenson, Esq.
> McKenna Long & Aldridge LLP
> 1900 K Street, N.W.
> Washington, D.C.  20006
> Facsimile:  202.496.7756
> gbono@mckennalong.com
> cchristenson@mckennalong.com

_____
Benjamin J. Rowland